

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00027-MCE |
| Plaintiff, | |
| v | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| ADRIEN THIERRY, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release ADRIEN THIERRY, No. 2:21-CR-00027-MCE from custody for the following reasons:

|   |   |
|---|---|
| \_\_\_ | Release on Personal Recognizance |
| \_\_\_ | Bail Posted in the Sum of $ |
| \_\_\_ | Unsecured Appearance Bond |
| \_\_\_ | Appearance Bond with 10% Deposit |
| \_\_\_ | Appearance Bond with Surety |
| \_\_\_ | Corporate Surety Bail Bond |
| X | Other: Released for treatment at Well Space Health. |

Issued at Sacramento, California on May 27, 2021, at 10:27 a.m.

Dated: May 27, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE