PHILLIP A. TALBERT
Acting United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       v.<br><br>ADRIEN CLIFF THIERRY,<br><br>               Defendant. | CASE NO. 2:21-CR-00027-JAM<br><br>STIPULATION REGARDING CONTINUING ADMIT/DENY HEARING; ORDER<br><br>DATE: December 7, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an admit/deny hearing on December 7, 2021.

2. On November 17, 2021, the Court informed the parties that December 7 was no longer available.

///

///

///

3. By this stipulation, the parties now move to continue the hearing until January 11, 2022.

IT IS SO STIPULATED.

Dated: November 30, 2021    PHILLIP A. TALBERT
　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　/s/ ALSTYN BENNETT
　　　　　　　　　　　　　　　ALSTYN BENNETT
　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: November 30, 2021    /s/ SHARI RUSK
　　　　　　　　　　　　　　　SHARI RUSK
　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　ADRIEN CLIFF THIERRY

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 1st day of December, 2021.

　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE