PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00027-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING CONTINUING DISPOSITIONAL HEARING; ORDER |
| v. | DATE: February 8, 2022 |
| ADRIEN CLIFF THIERRY, | TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a dispositional hearing on February 8, 2022.

2. On January 12, 2022, counsel for the government notified counsel for the defendant and the assigned Probation officer that she was unavailable on that date and requested a change for the date of disposition in this TSR proceeding.

3. On January 12, 2022, counsel for the defendant and the Probation officer responded that they were available for disposition on February 15, 2022 at 9:30 a.m.

///

///

///

STIPULATION AND ORDER                    1

    4.    By this stipulation, the parties now move to continue the hearing to February 15, 2022.

IT IS SO STIPULATED.

Dated: January 12, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ALSTYN BENNETT
ALSTYN BENNETT
Assistant United States Attorney

Dated: January 12, 2022

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
ADRIEN CLIFF THIERRY

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 12th day of January, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE